## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:26-cv-01950-PA-MBK | Date | June 26, 2026 |
|---|---|---|---|
| Title | Darren Peter Zesk v. Warden | | |

| Present: | Hon. Michael B. Kaufman, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Petitioner: | Attorneys for Respondent: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER FOR PETITIONER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR ABSENCE OF PETITION

On April 17, 2026, Petitioner Warren Peter Zesk filed a Motion for Extension of time to file a Habeas Petition pursuant to 28 U.S.C. § 2254. Dkt. 1. On May 14, 2026, the Court issued an order to show cause, requiring Petitioner to explain in writing why this action should not be dismissed due to an absence of a petition. Dkt. 4. In that order, the Court ordered Petitioner to explain how he wanted to proceed—either filing a Petition in this case and a motion to stay the action, or filing a petition without a motion to stay. *Id.* Petitioner has filed a Motion to Stay (Dkt. 5), but did not file a Petition. The Court is unable to rule on the Motion to Stay without a petition because the petition is the case-initiating document and because it is necessary to evaluate Petitioner's Motion to Stay.

Petitioner is therefore ORDERED to file a Petition in this action, including the factual and legal bases for his habeas claims, on or before **July 25, 2026.** Petitioner may use the Court's form Section 2254 petition, included as an attachment to this order.

Alternatively, Petitioner may voluntarily dismiss this action without prejudice and re-file a petition for writ of habeas corpus when he is ready to do so, provided the filing complies with the applicable statutes of limitation.

**The Clerk is ordered to include a copy of the Central District's Section 2254 Form Petition as an attachment to this order.**

**Petitioner is warned that failure to file a timely response may result in a recommendation that the action be dismissed for failure to prosecute the case pursuant to Federal Rule of Civil Procedure 41(b).**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:26-cv-01950-PA-MBK | Date | June 26, 2026 |
|---|---|---|---|
| Title | Warren Peter Zesk v. Warden | | |

**IT IS SO ORDERED.**