UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-01950-PA-MBK | Date | August 20, 2026 |
| Title | Darren Peter Zesk v. Warden | | |

| | |
|---|---|
| Present: | Hon. Michael B. Kaufman, U.S. Magistrate Judge |

| | |
|---|---|
| James Muñoz | n/a |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorneys for Petitioner: | Attorneys for Respondent: |
| n/a | n/a |

**Proceedings:** ORDER FOR PETITIONER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER

On April 17, 2026, Petitioner Warren Peter Zesk filed a Motion for Extension of time to file a Habeas Petition pursuant to 28 U.S.C. § 2254. Dkt. 1. On May 14, 2026, the Court issued an order to show cause requiring Petitioner to explain why this action should not be dismissed because he had not filed a petition or other case-initiating document. Dkt. 4. In that order, the Court ordered Petitioner to explain how he wanted to proceed—either by filing a petition in this case along with a motion to stay the action, or by filing a petition without a motion to stay. *Id.* Petitioner subsequently filed a Motion to Stay, (Dkt. 5), but did not file a petition. On June 26, 2026, the Court issued an order for Petitioner to file a petition by July 25, 2026. Dkt. 6.

As of the date of this Order, the Court is not in receipt of a petition. In the interests of justice, the Court will give Petitioner one final opportunity to file a petition in this action on or before **September 21, 2026.** Petitioner may use the Court's form Section 2254 petition, included as an attachment to this order.

Alternatively, Petitioner may voluntarily dismiss this action without prejudice and re-file a petition for writ of habeas corpus when he is ready to do so, provided the filing complies with the applicable statutes of limitation.

**The Clerk is ordered to include a copy of the Central District's Section 2254 Form Petition as an attachment to this order.**

**Petitioner is warned that failure to file a timely response may result in a recommendation that the action be dismissed for failure to prosecute the case pursuant to Federal Rule of Civil Procedure 41(b).**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-01950-PA-MBK | Date | August 20, 2026 |
| Title | Warren Peter Zesk v. Warden | | |

**IT IS SO ORDERED.**